JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T Mobility Services LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 11-00127-GAF (PJWx)<br><br>[PROPOSED] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

On the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs.

DATED: November 16, 2011

By: _/s/ Gary Feess_____
Hon. Gary A. Feess
U.S. DISTRICT COURT JUDGE